P.S. i [illegible] a copy of this [illegible] for myself, and have a imminent danger request for leave to proceed this appeal in forma pauperis with a letter copy to judge crabb dated, 6-4-2020, to file with the court as evidence, with 5 peices of foot fungal, callusef, and details about my medical shoes for the pain in my feet, that was denied on 4-22-2020, then on 4-29-2020 they ordered me some shoes, and the deadline to get those shoes are on 6-13-2020.

UNITED STATES DISTRICT COURT
for the
DISTRICT OF

Michael, Scott
Plaintiff

v.

Dr. lavoie, c. baier, c. franciosi, m. fallier, crt. swick, atowski, [illegible] cummings, h. utter, j. perttu, R. natushak, e. davidson, and c.o'donnell.
Defendant

Case No. 3: 20-CV-422

**AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**

| **Affidavit in Support of Motion** | **Instructions** |
| --- | --- |
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: Michael, Scott | Date: 6-4-2020 |

My issues on appeal are: delaying of medical treatment of my feet, scalp, eye, skin for 35 days, from 2-18-2020, to 3-23-2020, then drilling the callusef off my feet on 3-26-2020, then on 4-28-2020 cutting the callusef off my feet, then on 6-3-2020, seeing me again in h[illegible] for a follow-up, as the callusef came back once again, then putting me down for another follow up appt. to cut the callusef again, without giving me a foot numb treatment when lavoie or another foot doctor do it, as i requested numbing the first 2 times, due to the pain that my feet are in.

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): | $ | $ | $ | $ |
| **Total monthly income:** | $ | $ | $ | $ |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | |
| | | | |
| | Michael, Scott | | |
| | | | |

4. *How much cash do you and your spouse have?* $________

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| None | | $ | $ |
| | | $ | $ |
| | | $ | $ |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

Michael, Scott 6-4-2020

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| None | | Make and year: |
| | | Model: |
| | | Registration #: |

P.S. I have a right to that request for myself, and have a imminent danger request for leave to proceed this appeal in forma pauperis with a letter copy to Judge Crabb dated: 6-4-2020, to file with the courts of [illegible] pieces of foot fungal, callused and details about my medical shoot for the pain in my feet, that was denied on 4-22-2020, then on 4-29-2020, they ordered me to get that shoot, and the time to me on 6-13-2020. 3:20-cv-422

Dr. lavoie, C. baier, C. Francios, M. tallier, c. ptasywek, [illegible], S. cummings, b. utter, J. Perttu, R. matushak, E. and C. O'donnell

[illegible] delaying on medical treatment of my feet, [illegible] 3-23-2020, then on 4-28-2020 [illegible] cutting the callus off my feet then [illegible] 2020 telling me in [illegible] following, the callus came back again [illegible] me down, then putting for another [illegible] to cut the callus again without giving me a [illegible] treatment [illegible] for it [illegible] that my [illegible]

| **Motor vehicle #2** | **Other assets** | **Other assets** |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| Make and year: | NONE | |
| Model: | | |
| Registration #: | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| **Person owing you or your spouse money** | **Amount owed to you** | **Amount owed to your spouse** |
|---|---|---|
| NONE | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support.*

| **Name [or, if under 18, initials only]** | **Relationship** | **Age** |
|---|---|---|
| NONE | | |
| | | |
| | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | **You** | **Your Spouse** |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>Are real estate taxes included? [ ] Yes [X] No<br>Is property insurance included? [ ] Yes [X] No | $ | $ |

| | | |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing NONE | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: | $ | $ |
| Life: NONE | $ | $ |
| Health: | $ | $ |
| Motor vehicle: | $ | $ |
| Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |
| Installment payments | | |
| Motor Vehicle: | $ | $ |
| Credit card (name): NONE | $ | $ |
| Department store (name): | $ | $ |
| Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): NONE | $ | $ |
| **Total monthly expenses:** | $ | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

[ ] Yes [X] No If yes, describe on an attached sheet.

10. *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?* [ ] Yes [X] No

*If yes, how much?* $ __________

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* becanse i'm indigent and have 3 strikes, and also i request your Courts to appoint me counsel.

12. *State the city and state of your legal residence.* milwaukee, wisconsin

*Your daytime phone number:* (___) N/A

*Your age:* 51 *Your years of schooling:* 9th.